■ SUSAN C. BABCOCK et al., Appellants, v FRANK PARRELLA, SR., et al., Respondents. [652 NYS2d 994] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from a judgment of the Supreme Court, Orange County (DiBlasi, J.), dated November 1, 1995, which, upon a jury verdict, is in favor of the defendants, dismissing the complaint.

Ordered that the judgment is affirmed, with costs.

The jury's verdict was based upon a fair interpretation of the evidence (see, Nicastro v Park, 113 AD2d 129, 134). O'Brien, J. P., Florio, McGinity and Luciano, JJ., concur.